## SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR WHATCOM COUNTY

| | |
|---|---|
| SHARON ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a foreign corporation,<br><br>Defendant. | No.<br><br>COMPLAINT FOR MONEY DAMAGES |

### I. PARTIES

1. Plaintiff Sharon Adams is a resident of Whatcom County.

2. Defendant Walmart Inc. is a foreign corporation with its principal place of business in Arkansas and is authorized to do business in the state of Washington.

3. Defendant is vicariously liable for the acts and omissions of its employees and agents.

### II. JURISDICTION AND VENUE

4. The Court has subject-matter jurisdiction under RCW 2.08.010.

5. This Court has personal jurisdiction over defendant.

COMPLAINT- 1

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

6.  Venue is proper in this Court under RCW 4.12.020 because the cause of action arose in this County.

### III. CONDITIONS PRECEDENT

7.  All conditions precedent were performed or have occurred.

### IV. FACTUAL ALLEGATIONS

8.  Defendant owns and/or operates the Walmart store located at 4420 Meridian St., in Bellingham, Washington.

9.  On or about May 18, 2020, plaintiff went to the Meridian Street Walmart to shop.

10. Plaintiff was an invitee.

11. The Walmart store has numerous automatic door entry points.

12. On the day plaintiff visited the store, the main doors were not operating, and she was directed to enter the store through a different, smaller door.

13. Plaintiff attempted to enter the store through the automatic door when it snapped back and knocked her to the ground.

14. There was no warning at the door entry.

15. There were several other people around plaintiff at the time she was knocked to the ground, including Walmart staff.

16. Walmart staff did not help plaintiff.

17. Another customer called 911, and an ambulance arrived to take plaintiff to the emergency room.

18. Plaintiff suffered multiple injuries from the fall.

19. Plaintiff remained in the hospital for approximately one week to be treated for her injuries and related surgery, remained immobile for months, had to engage in significant rehabilitation, and continues to deal with ongoing injuries resulting from the incident.

20. Walmart communicated with plaintiff after the incident and informed her that there was a video of the incident.

21. Plaintiff requested a copy of the video and that it be preserved as evidence, but Walmart has never provided it.

22. Because of defendant's conduct, plaintiff has suffered and continues to suffer damage in several ways including, without limitation, the following: past and future physical disability and pain, emotional trauma, aggravation, anxiety, medical expenses, and other damages.

### V.   CAUSES OF ACTION

23. Plaintiff incorporates the preceding paragraphs by reference.

24. Defendants has a duty to exercise ordinary care for the safety of all invitees.

25. Defendant had and has a duty to exercise ordinary care to maintain in reasonably safe conditions those portions of the premises invitees do or might reasonably be expected to use.

26. These duties include the duty to ensure the walkways, entrances, and exits to the store are designed, built, and maintained to ensure they are reasonably safe.

27. Defendant failed to ensure the entry where Ms. Adams was knocked to the ground was designed, constructed, and maintained to be reasonably safe.

28. The entry where Ms. Adams weas knocked to the ground was not reasonably safe on May 18, 2020.

29. The unsafe condition caused the door to knock Ms. Adams to the ground.

30. The fall caused serious injuries.

31. Upon information and belief, before May 18, 2020, defendant knew or should have known that the entry was unsafe.

32. Upon information and belief, Walmart failed to take corrective measures despite the above.

33. As a proximate result of defendant's negligence, plaintiff suffers and continues to suffer physical disability and pain, emotional trauma, medical expenses, and other damages.

**PRAYER FOR RELIEF**

34. WHEREFORE, Plaintiff requests that this Court:

35. Plaintiff prays for judgment against the defendant in an amount plaintiff will prove at trial that will fairly compensate her for all special and general damages sustained, for attorney fees and costs, for interest on all liquidated sums, and any other relief the court deems just and proper.

RESPECTFULLY SUBMITTED March 17, 2021.

**RUIZ & SMART PLLC**

By: _____
Kathryn Knudsen, WSBA # 41075
kknudsen@ruizandsmart.com

*Counsel for Sharon Adams*

COMPLAINT- 4