HON. JUDGE Honorable Barbara Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHARON ADAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALMART INC., a foreign corporation, ASSA ABLOY ENTRANCE SYSTEMS, INC., a foreign corporation, and CBRE GROUP, INC., a foreign corporation, ,<br><br>　　　　Defendants. | No. 2:21-cv-00538 BJR<br><br>STIPULATED MOTION AND ORDER CONTINUING CERTAIN PRE-TRIAL DATES |

## I.   STIPULATION

The parties in this matter stipulate and agree to move the court for an Order continuing certain pre-trial deadlines for an additional three months. The parties agree there is a need for additional time to obtain additional medical records of the plaintiff, to perform on-site testing, and to allow time for experts to prepare reports. The parties do not anticipate a need for a trial continuance. The parties propose the Amended Pre-Trial Dates as follows:

STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING CERTAIN PRE-TRIAL DATES
(No. 2:21-cv-00538 BJR) - 1

Ruiz & Smart PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Reports from expert witness Under FRCP 2(a)(2) due | October 18, 2021 | January 18, 2022 |
| Discovery completed by | November 17, 2021 | February 16, 2022 |
| All dispositive motions must be filed by | December 17, 2021 | March 17, 2022 |

RESPECTFULLY SUBMITTED September 7, 2021.

WOOD, SMITH, HENNING & BERMAN, LLP                RUIZ & SMART PLLC

By: *s/ Colin Troy*                                                               By:*s/ Kathryn Knudsen*
Colin Troy, WSBA No. 46197                                      Isaac Ruiz, WSBA No. 35237
ctroy@wshblaw.com                                                     Iruiz@ruizandsmart.com
Philip Grennan, WSBA No. 8127                                Kathryn Knudsen, WSBA No. 41075
pgrennan@wshblaw.com                                             Kknudsen@ruizandsmart.com

*Attorneys for Defendant Walmart Inc.*                *Counsel for plaintiff*


FALLON McKINLEY PLLC                                           TYSON & MENDES LLP


By: *s/ Eden E. Goldman*                                            By: *s/ Nathan Furman*
Eden E. Goldman, WSBA #5413                                 Nathan Furman, WSBA 32381
Egoldman@fallongmckinley.com                               nfurman@tysonmendes.com

*Attorneys for Assa Abloy Entrance Systems*       *Attorney for CBRE Group, Inc*

STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING CERTAIN PRE-TRIAL DATES
(No. 2:21-cv-00538 BJR) - 2

**Ruiz & Smart PLLC**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

## II. ORDER

Having reviewed the parties' Stipulated Motion, the Court HEREBY ORDERS that the deadlines related to Expert Reports, Discovery, and Dispositive Motion are extended by ninety days.

IT IS SO ORDERED

Dated this 14th day of September 2021.

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING CERTAIN PRE-TRIAL DATES
(No. 2:21-cv-00538 BJR) - 3

R∪ɪᴢ & Sᴍᴀʀᴛ PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702