Honorable Barbara Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHARON ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC., a foreign corporation, ASSA ABLOY ENTRANCE SYSTEMS, INC., a foreign corporation, and CBRE GROUP, INC., a foreign corporation, ,<br><br>    Defendants. | No. 2:21-cv-00538 BJR<br><br>STIPULATED MOTION AND ORDER CONTINUING TRIAL AND REMAINING PRE-TRIAL DATES |

## I.  STIPULATION

The parties in this matter stipulate and agree to move the Court for an Order continuing the trial date and remaining pre-trial deadlines. The parties agree there is a need for additional time for a number of reasons, including the following: (1) to obtain the medical records of the plaintiff, which have been ordered but believed to be subject to significant delay from the providers due to the COVID-19 pandemic; (2) to schedule plaintiff's medical review as requested by defendants; (3) to resolve pending discovery disputes; and (4) to allow time for experts to prepare reports based on a full record. The parties also anticipate that (5) additional

STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING CERTAIN PRE-TRIAL DATES
(No. 2:21-cv-00538 BJR) - 1

Ruiz & Smart PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

time for trial will be required because of the addition of two defendants since this matter commenced and, therefore, ask the Court to reserve eight days for trial.

This is the first continuance of the trial date. The parties propose a trial date of August 1, 2022, and the remaining pretrial dates as follows:

| Case Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Reports from expert witness under FRCP 2(a)(2) due | January 18, 2022 | April 5, 2022 |
| Discovery completed by | February 16, 2022 | May 4, 2022 |
| All dispositive motion must be filed by | March 17, 2022 | June 2, 2022 |
| All Motions in limine must be filed by | April 11, 2022 | June 27, 2022 |
| Joint Pretrial statement | May 2, 2022 | July 18, 2022 |
| Pretrial conference | May 2, 2022 | July 18, 2022 |
| JURY TRIAL | MAY 16, 2022 | AUGUST 1, 2022 |

RESPECTFULLY SUBMITTED December 13, 2021.

WOOD, SMITH, HENNING & BERMAN, LLP

By: *s/ Colin Troy*
Colin Troy, WSBA No. 46197
ctroy@wshblaw.com
Philip Grennan, WSBA No. 8127
pgrennan@wshblaw.com

*Attorneys for Defendant Walmart Inc.*

FALLON McKINLEY PLLC

By: *s/Eden Goldman*
Eden E. Goldman, WSBA #5413
Egoldman@fallongmckinley.com

*Attorneys for Assa Abloy Entrance Systems*

RUIZ & SMART PLLC

By: *s/ Kathryn Knudsen*
Isaac Ruiz, WSBA No. 35237
Iruiz@ruizandsmart.com
Kathryn Knudsen, WSBA No. 41075
Kknudsen@ruizandsmart.com

*Counsel for plaintiff*

TYSON & MENDES LLP

By: *s/Nathan Furman*
Nathan Furman, WSBA 32381
nfurman@tysonmendes.com

*Attorney for CBRE Group, In*

STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING CERTAIN PRE-TRIAL DATES
(No. 2:21-cv-00538 BJR) - 2

Ruiz & Smart PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

ORDER

Pursuant to the foregoing stipulation of the parties, the Court directs the Clerk to enter a minute order reflecting the above amended pre-trial dates.

IT IS SO ORDERED

Dated this 13th day of December 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING CERTAIN PRE-TRIAL DATES
(No. 2:21-cv-00538 BJR) - 3

Ruiz & Smart PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702