The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON ADAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WALMART INC.<br><br>　　　　Defendant. | Civil Action No. 3:21-cv-538-BJR<br><br>ORDER REGARDING DISCOVERY DISPUTES |

On January 18, 2022, the parties appeared for a telephonic conference before the Court to argue various discovery disputes. Having considered the parties' arguments, the record of the case, and the relevant legal authority, the Court HEREBY RULES as follows:

(1)　Defendant Assa Abloy Entrance Systems Inc. ("Assa Abloy") has identified 22 potentially relevant insurance claims. Assa Abloy shall review those claims to determine whether any involve a door that is the same make and model as the door involved in this case. If any of the claims involve the same door, Assa Abloy shall produce copies of the documents related to the claims. Production of these documents shall take place within 14 days of the date of this order;

1

(2) Defendant CBRE Group Inc. ("CBRE") shall produce documents within its possession, custody, or control responsive to Plaintiff's discovery requests on or before January 27, 2022;

(3) Defendant Walmart Inc. ("Walmart") has identified approximately 14 incidents that may be responsive to Plaintiff's discovery requests. Walmart shall provide documentation related to those incidents. Such documentation shall include incident reports, maintenance records, repair records, and any records related to Assa Abloy's and/or CBRE's involvement with the incident and shall cover the time period of six months prior to the date of the incident through the date of the incident. The documentation shall be provided within 21 days of the date of this Order;

(4) All Defendants shall produce documents related to their affirmative defenses no later than February 18, 2022 and the parties shall schedule the 30(b)(6) witness depositions no later than March 11, 2022; and

(5) Anyone who attends the FRCP 35 examination of Plaintiff shall wear a KN95 or N95 mask and shall furnish proof of a negative rapid COVID test taken within 24 hours of the examination. Each party shall be responsible for ensuring that the individuals associated with it complies with this directive.

Dated this 18th day of January 2022.

Barbara Jacobs Rothstein
U.S. District Court Judge