Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHARON ADAMS,<br><br>    Plaintiff,<br>v.<br><br>WALMART INC., a foreign corporation, ASSA ABLOY ENTRANCE SYSTEMS, INC., a foreign corporation, and CBRE GROUP, INC., a foreign corporation, ,<br><br>    Defendants. | No. 2:21-cv-00538-BJR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and respectfully ask the Court to dismiss this action, including all claims, with prejudice and without an award of attorneys' fees or costs to any party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD this 23rd day of June 2022.

| | |
|---|---|
| WOOD, SMITH, HENNING & BERMAN, LLP<br><br>By: *s/ Philip Grennan*<br>Colin Troy, WSBA No. 46197<br>ctroy@wshblaw.com<br>Philip Grennan, WSBA No. 8127<br>pgrennan@wshblaw.com<br><br>*Attorneys for Defendant Walmart Inc.* | RUIZ & SMART PLLC<br><br>By:*s/Kathryn Knudsen*<br>Isaac Ruiz, WSBA No. 35237<br>Iruiz@ruizandsmart.com<br>Kathryn Knudsen, WSBA No. 41075<br>Kknudsen@ruizandsmart.com<br><br>*Counsel for plaintiff* |

STIPULATED MOTION AND ORDER
OF DISMISSAL
(No. 2:21-cv-00538-BJR) - 1

**RUIZ & SMART PLLC**
1200 Fifth Ave., Suite 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| | |
|---|---|
| BETTS, PATTERSON & MINES, P.S. | TYSON & MENDES LLP |
| By: *s/ Eden Goldman* <br> Eden E. Goldman, WSBA #54131 <br> egoldman@bpmlaw.com | By: *s/ Nathan Furman* <br> Nathan Furman, WSBA 32381 <br> nfurman@tysonmendes.com |
| *Attorneys for Assa Abloy Entrance Systems* | *Attorney for CBRE Group, Inc.* |

ORDER

This matter comes before the Court on the parties' stipulated motion for dismissal of all claims. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court GRANTS the stipulated motion for dismissal of all claims and ORDERS that all claims in this lawsuit are DISMISSED with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this 23rd day of June, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER
OF DISMISSAL
(No. 2:21-cv-00538-BJR) - 2

RUIZ & SMART PLLC
1200 Fifth Ave., Suite 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702